1   Scott J. Bornstein (*pro hac vice*)
    bornsteins@gtlaw.com
2   Rose Cordero Prey (*pro hac vice*)
    preyr@gtlaw.com
3   GREENBERG TRAURIG, LLP
    MetLife Building
4   200 Park Avenue
    New York, NY 10166
5   Telephone: 212.801.9200
    Facsimile: 212.801.6400
6
    Nicholas A. Brown (SBN 198210)
7   GREENBERG TRAURIG, LLP
    4 Embarcadero Center, Suite 3000
8   San Francisco, CA 94111-5983
    Telephone: 415.655.1271
9   Facsimile: 415.520.5609

10  Attorneys for Plaintiffs Charles Schwab & Co., Inc.,
    Charles Schwab Bank, and
11  The Charles Schwab Corporation

12

13                      UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16
    CHARLES SCHWAB & CO., INC;              Case No. 3:19-cv-527
17  CHARLES SCHWAB BANK; and
    THE CHARLES SCHWAB CORPORATION,         **NOTICE OF DISMISSAL WITH
18                                          PREJUDICE**
            Plaintiffs,
19
            v.
20
    WORDLOGIC, CORP.; and
21  602531 BRITISH COLUMBIA LTD.,

22
            Defendants.
23

24

25

26

27

28

1  Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Charles Schwab & Co., Inc., Charles

2  Schwab Bank, and The Charles Schwab Corporation (collectively, "Schwab"), hereby move to

3  dismiss with prejudice all claims by Schwab against Defendants WordLogic Corporation and

4  602531 British Columbia Ltd., each side to bear its own costs and fees.

5

6  DATED:  April 23, 2019                    **GREENBERG TRAURIG, LLP**

7

8  By:   _/s/ Nicholas A. Brown_

9  Nicholas A. Brown (SBN 198210)
   brownn@gtlaw.com
   GREENBERG TRAURIG, LLP
10  4 Embarcadero Center, Suite 3000
    San Francisco, CA 94111-5983
11  Telephone: 415.655.1271
    Facsimile: 415.520.5609

12
    Scott J. Bornstein (*pro hac vice*)
13  bornsteins@gtlaw.com
    Rose Cordero Prey (*pro hac vice*)
14  preyr@gtlaw.com
    GREENBERG TRAURIG, LLP
15  MetLife Building
    200 Park Avenue
16  New York, NY 10166
    Telephone: 212.801.9200
17  Facsimile: 212.801.6400

18  Counsel for Plaintiffs Charles Schwab & Co.,
    Inc., Charles Schwab Bank, and
19  The Charles Schwab Corporation

20

21

22

23

24

25

26

27

28